IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| LYNN GEORGE MAUK, | * | |
| | * | |
| Petitioner, | * | |
| | * | CIVIL ACTION NO. |
| vs. | * | CV 102-042 |
| | * | |
| JAMES LANIER, Warden, | * | |
| | * | |
| Respondent. | * | |

# O R D E R

On March 1, 2006, this Court dismissed Petitioner Lynn George Mauk's petition for habeas corpus relief under 28 U.S.C. § 2254 for failure to exhaust his sole claim in state court. Petitioner appealed the dismissal to the Eleventh Circuit Court of Appeals.

On April 23, 2007, the Eleventh Circuit affirmed this Court's dismissal of the habeas petition for failure to exhaust state remedies; however, the Eleventh Circuit remanded the case for the limited purpose of allowing this Court to enter a corrected order dismissing the petition without prejudice. (See doc. no. 31.)

In accordance with the mandate of the Eleventh Circuit, this Court's Order of March 1, 2006, dismissing the § 2254 petition, and this Court's judgment of March 1, 2006, are

hereby **VACATED**. Further, **IT IS ORDERED** that the § 2254 petition in this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to enter judgment dismissing the case without prejudice.

**ORDER ENTERED** at Augusta, Georgia, this 1st day of November 2007.

_____
UNITED STATES DISTRICT JUDGE